◆AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

JOHN BROYLES,

    Plaintiff,

vs.

J.P. MORGAN CHASE & CO.,

    Defendant.

**APPEARANCE**

Case Number: 08 CV 03391

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

J.P. MORGAN CHASE & CO.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 13, 2008 | *[signature: Stephanie E. Sowell]* |
| Date | Signature |
| | Stephanie E. Sowell     SES 7566 |
| | Print Name     Bar Number |
| | One Chase Manhattan Plaza, 26th Floor |
| | Address |
| | New York     NY     10081 |
| | City     State     Zip Code |
| | (212) 552-0929     (212) 552-1630 |
| | Phone Number     Fax Number |