05/08/2008  22:06    12125995551                    OMRANI & TAUB                         PAGE 02/02

*P Pauley /1*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN BROYLES,                                           :

                                    Plaintiff,          :     08 CV 03391 (WHP)
                                                              EFC
          - against -                                   :

J.P. MORGAN CHASE & CO.,                                :     **STIPULATION**
                                                              **EXTENDING TIME**
                                    Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RECEIVED

MAY 19 2008

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that

the time for Defendant J.P. Morgan Chase & Co. to answer, move or otherwise respond to the

Complaint is extended to and including June 13, 2008.

Dated:          New York, New York
                May 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

**JP Morgan Chase & Company**

By: _Stephanie E. Sowell_
      Stephanie E. Sowell (SES-7566)
Attorney for Defendant
JPMorgan Chase Legal & Compliance Dept.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-0929

**Law Office of Brian Kennedy**

By: _____
      Brian Kennedy (BK 8588)
Attorney for Plaintiff
535 Fifth Avenue, 23rd Floor
New York, New York 10017
(212) 687-0099

_____
So Ordered

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III U.S.D.J.
                                           5/19/08

186520:v1