AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                         DISTRICT OF        New York

JOHN BROYLES,                                                           **APPEARANCE**

    Plaintiff,

vs.                                                                     Case Number: 08 CV 03391

J.P. MORGAN CHASE & CO.,

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    J.P. MORGAN CHASE & CO.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 13, 2008 | *[Signature: Stephanie E. Sowell]* |
| Date | Signature |
| | Stephanie E. Sowell     SES 7566 |
| | Print Name     Bar Number |
| | One Chase Manhattan Plaza, 26th Floor |
| | Address |
| | New York    NY    10081 |
| | City    State    Zip Code |
| | (212) 552-0929     (212) 552-1630 |
| | Phone Number     Fax Number |