UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| JOHN BROYLES, | : |
| | ECF |
| Plaintiff, | : |
| | 08 Civ. 03391 (WHP) (JCF) |
| - against - | : |
| | **STATEMENT PURSUANT** |
| J.P. MORGAN CHASE & CO., | : **TO FED. R. CIV. P. 7.1** |
| | |
| Defendant. | : |

------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., wrongly named as J.P. Morgan Chase & Co., certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated: June 6, 2008

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: *[signature]*
Frederic L. Lieberman, Esq.
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com