UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

JOHN BROYLES,

          Plaintiff,

    - against -

J.P. MORGAN CHASE & CO.,

          Defendant.

---------------------------------------------------------- X

ECF

08 Civ. 03391 (WHP) (JCF)

STIPULATION AND ORDER

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/24/08]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendant JPMorgan Chase Bank, N.A., wrongly named as J.P. Morgan Chase & Co., to answer, move or otherwise respond to the Complaint is extended to and including July 11, 2008.

Dated:    New York, New York
            June 6, 2008

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: _____
    Frederic L. Lieberman
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com

_____
Brian Kennedy
Attorney for Plaintiff
535 Fifth Avenue, 23rd Floor
New York, New York 10017
(212) 687-0093
kennedy@boklaw.com

SO ORDERED:
June __23__, 2008

_____
U.S.D.J.