UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

JOHN BROYLES,

                Plaintiff,

      - against –

J.P. MORGAN CHASE & CO.,

                Defendant.

---------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

ECF

08 Civ. 03391 (WHP) (JCF)

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendant JPMorgan Chase Bank, N.A., wrongly named as J.P. Morgan Chase & Co., to answer, move or otherwise respond to the Complaint is extended to and including July 15, 2008.

Dated:     New York, New York
            July 7, 2008

JPMORGAN CHASE LEGAL AND
COMPLIANCE DEPARTMENT

By: _____
    Frederic L. Lieberman
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-1815
frederic.l.lieberman@jpmchase.com

_____
Brian Kennedy
Attorney for Plaintiff
535 Fifth Avenue, 23rd Floor
New York, New York 10017
(212) 687-0099
kennedy@boklaw.com

SO ORDERED:
July 14, 2008

_____
U.S.D.J.