USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOHN BROYLES,                              :

                    Plaintiff,    :    08 Civ. 3391 (WHP)

       -against-                          :    SCHEDULING ORDER NO. 1

J.P. MORGAN CHASE & CO.,                   :

                    Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on July 15, 2008, the followings schedule is established on consent:

1. Defendant shall file and serve its motion to dismiss by August 1, 2008;

2. Plaintiff shall file and serve his opposition to the motion by August 29, 2008;

3. Defendant shall file and serve its reply on the motion by September 8, 2008;

4. The Court will hold oral argument on September 26, 2008 at 10:30 a.m.;

5. All discovery shall by complete by October 31, 2008;

6. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by December 5, 2008; and

7. This Court will hold a final pre-trial conference on December 12, 2008 at 10:00 a.m.

Dated:    July 15, 2008
            New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record*:

Brian Kennedy, Esq.
535 Fifth Avenue
23rd Floor
New York, NY 10005
*Counsel for Plaintiff*

Frederic L. Lieberman, Esq.
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
*Counsel for Defendant*