UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN BROYLES,                                            :

                                    Plaintiff,           :          08 Civ. 3391 (WHP)

                    -against-                             :          SCHEDULING ORDER NO. 2

J.P. MORGAN CHASE & CO.,                                  :

                                    Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

           Defendant having informed the Court that it does not intend to file its motion to

dismiss, the briefing schedule and oral argument in the scheduling order dated July 15, 2008 are

vacated.

Dated:      August 7, 2008
           New York, New York

                                SO ORDERED:

                                        WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record*:

Brian Kennedy, Esq.
535 Fifth Avenue
23rd Floor
New York, NY 10005
*Counsel for Plaintiff*

Frederic L. Lieberman, Esq.
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
*Counsel for Defendant*