U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Office No.
Index No. 08CV03391

**JOHN BROYLES**

-against-

**J.P. MORGAN CHASE & CO.**

## AFFIDAVIT OF SERVICE

**Personal Service**
**Business / Agency**

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **4/23/2008**, at **1:04pm**, at **1 Chase Plaza New York, NY**

I served the **Summons & Complaint and Individual Practices of Judge William H. Pauley III**

Upon **J.P. MORGAN CHASE & CO.**,

by delivering a true copy bearing Index # 08CV03391

to **Linda Platone**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex:** Female; **Color:** White; **Hair:** Brown; **Approx. Age:** 46; **Approx. Height:** 5'4";
**Approx. Weight:** 160; **Other:**

Sworn to before me on 4/25/2008:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Byran McElderry
NYC License # - 869802

14206

Attorney/Client: Brian Kennedy, Esq.
535 5th Avenue, 23rd Floor, New York, NY 100017
Phone: (212) 687-0099

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (109407)